[Civ. No. 25473.    Second Dist., Div. Three.    Apr. 26, 1962.]

JAMES L. CURNUTT, Plaintiff and Appellant, v. HERBERT C. HOLK, Defendant and Respondent.

Paul S. Garstang for Plaintiff and Appellant.

Parker, Stanbury, Reese & McGee and Daren T. Johnson for Defendant and Respondent.

FILES, J.—Plaintiff has attempted to appeal from an order sustaining a demurrer to the complaint without leave to amend. That order is not appealable. (*Cole* v. *Rush,* 40 Cal.2d 178 [252 P.2d 1].) A notice of appeal from such a nonappealable order may be liberally construed as an appeal from the judgment if there is a judgment. (*Evola* v. *Wendt Construction Co.,* 158 Cal.App.2d 658 [323 P.2d 158]; *Smith* v. *Smith,* 126 Cal.App.2d 194 [272 P.2d 118]; *Crane* v. *Livingston,* 98 Cal.App.2d 699 [220 P.2d 744].) The record here contains a document signed by the trial judge entitled "Order Sustaining Demurrer" which orders that "the above action be and the same is hereby dismissed." This document would constitute a judgment if entered in the judgment book, but the record shows no such entry. "In no case is a judgment effectual for any purpose until entered." (Code Civ. Proc., § 664.) Prior to entry there is no assurance that the trial judge may not reconsider his decision. (*Phillips* v. *Phillips,* 41 Cal.2d 869, 874 [264 P.2d 926]; *Adoption of Bird,* 183 Cal.App.2d 140, 144 [6 Cal.Rptr. 675].)

The appeal is dismissed.

Shinn, P. J., and Ford, J., concurred.